UNITED STATES DISTRICT COURT

NEW JERSEY DISTRICT COURT

| | |
|---|---|
| MUNEER MUSTAFTA TAWAM,<br><br>    Plaintiff,<br>v.<br><br>NORTH JERSEY FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. 2:17-cv-13782-MCA-MAH<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Muneer Mustafta Tawam voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted this 13th day of December, 2018.

                                      **CLARK LAW FIRM, PC**

                By: _/s/ Mark W. Morris_
                         **MARK W. MORRIS, ESQ.**

                        Gerald H. Clark, Esq. NJ Bar No.048281997
                        Mark W. Morris, Esq. NJ Bar No. 118292015
                        Lazaro Berenguer, Esq.
                        811 Sixteenth Avenue
                        Belmar, New Jersey 07719
                        Phone: (732) 443-0333
                        Fax (732) 894-9647
                        Fax: (504) 524-5763

                        Scott J. Ferrell, Esq.
                        Victoria Knowles, Esq.
                        Newport Trial Group
                        4100 Newport Place, Suite 800
                        Newport Beach, CA 92660
                        Phone: (949) 706-6464
                        Fax: (949) 706-6469

                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of December 2018, I electronically filed the foregoing using the Court's CM/ECF filing system, which will then send a notification of electronic filing (NEF) to all parties registered to receive electronic notice.